UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RITA RAMON,**

Plaintiff,

v. **No. 4:26-cv-00851-P**

**BRYAN PRATER,**

Defendant.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On August 21, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 9. The FCR recommended that the above-captioned case be dismissed for failure to comply with the Court's orders. ECF No. 9 at 1. The Magistrate Judge originally ordered *pro se* Plaintiff Rita Ramon to file a form amended complaint. *See* ECF No. 8. After reviewing Plaintiff's original complaint, the Magistrate Judge questioned whether the Court had subject matter jurisdiction over this case, given that Plaintiff only asserted state-law claims and the Parties lacked diversity of citizenship. Rather than dismiss the case, the Magistrate Judge provided Plaintiff with a complaint form and ordered her to file an amended complaint by August 12. ECF No. 9 at 2.

Plaintiff failed to file any amended complaint. The Magistrate Judge thus recommended dismissal. ECF No. 9 at 1. On August 25, Plaintiff filed a document titled "Plaintiff's Response in Opposition to Defendant's Motion to Dismiss." ECF No. 10. Plaintiff's response fails to address the Court's FCR and instead appears directed at a motion to dismiss that does not exist. For the purposes of this Order, the Court will construe Plaintiff's filing as written objections to the FCR. Having

received no response to Plaintiff's objections, the FCR is now ripe for this Court's review.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 9);
3. Plaintiff's written objections to the FCR (ECF No. 10); and
4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court. Plaintiff failed to file any amended complaint after the Court ordered her to do so. *See* ECF No. 8. Nothing in Plaintiff's August 25 filing explains Plaintiff's failure to comply.

Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED.** All claims against Defendant in this case are **DISMISSED without prejudice** for want of prosecution and failure to comply with the Court's orders. All pending motions in this case are hereby **DENIED as moot.**

**SO ORDERED** on this **8th day** of **September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE